```
         UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
                AT CHARLESTON
```

**ROBERT L. DORMAGEN,**

      Movant

v.                                                **CIVIL ACTION NO. 2:02-1377**
                                                  **(Criminal No. 2:01-00093-01)**

**UNITED STATES OF AMERICA,**

      Respondent

## DISMISSAL ORDER

**Pending is movant Robert L. Dormagen's motion, by appointed counsel, Tim C. Carrico, to withdraw both his motion pursuant to 28 U.S.C. § 2255 and his appeal from a June 2, 2003, order of the magistrate judge denying amendment of the section 2255 motion that sought to add a claim respecting the restitution imposed at sentencing.**

**Mr. Carrico has also filed today a supplement to the motion, which attaches a March 23, 2006, letter to him from the movant. The attached communication from the movant, which the court treats as a letter-form motion, states pertinently as follows: "I wish to withdraw my 2255 and related appeal and have it dismissed from the Court's Docket."**

**On a separate matter, the court notes that although the movant was directed by the court previously to execute a CJA-23**

financial affidavit, he has failed to do so to date. The execution of that form may be necessary for purposes of compensating the movant's appointed counsel for his work to date in the case.

It appearing just and proper to do so, the court ORDERS as follows:

1. That the motion to withdraw be, and it hereby is, granted as to the contested matter presented in movant's section 2255 motion, and scheduled for evidentiary hearing, concerning whether the movant instructed his former counsel, Brian R. Kornbrath, to notice a direct appeal of the judgment;

2. That the movant's <u>pro</u> <u>se</u>, letter-form motion to dismiss be, and it hereby is, granted as to the balance of this habeas action in its entirety, including the pending appeal of the magistrate judge's order;

3. That the movant be, and he hereby is, instructed to complete the attached CJA-23 affidavit during, or prior to, the next contact with his probation officer, Mr. Burton Putman; and

4. That this action be, and it hereby is, dismissed and stricken from the docket.

The Clerk is directed to forward copies of this order to the United States Magistrate Judge, Phillip H. Wright, Criminal Division Chief, United States Attorney's Office, Brian R. Kornbrath, who is now Federal Public Defender for the United States District Court for the Northern District of West Virginia, and Tim C. Carrico. The Clerk is further directed to send a copy of this order to the movant at 345 Southgate Drive, Crossville, Tennessee, 38555.

ENTER: March 24, 2006

John T. Copenhaver, Jr.
United States District Judge

# FINANCIAL AFFIDAVIT

✎ CJA 23
Rev. 5/98   IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|

IN THE CASE OF _____ V.S. _____

FOR _____
AT _____

LOCATION NUMBER ▶

PERSON REPRESENTED (Show your full name) _____

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate _____
District Court ▶ _____
Court of Appeals _____

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: _____
**IF YES,** how much do you earn per month? $ _____
**IF NO**, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
**IF YES,** how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes ☐ No
RECEIVED   SOURCES
**IF YES**, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   $ _____   _____

**CASH**   Have you any cash on hand or money in savings or checking accounts?   ☐ Yes ☐ No   **IF YES**, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes ☐ No
VALUE   DESCRIPTION
**IF YES**, GIVE THE VALUE AND DESCRIBE IT   $ _____   _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them
SINGLE
MARRIED
WIDOWED
SEPARATED OR DIVORCED

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| _____ | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ _____
(OR PERSON REPRESENTED)